IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A. SCHRAGE, | No. CIV S-06-0579-CMK |
| Plaintiff, | |
| vs. | ORDER |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

      Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  On November 20, 2006, the court directed plaintiff to show cause in writing why this action should not be dismissed for plaintiff's failure to file a dispositive motion within the time set forth in the court's scheduling order.  Plaintiff was instructed that the filing of a dispositive motion would constitute an adequate response to the order to show cause.  On December 4, 2006, plaintiff filed a dispositive motion.  The order to show cause will, therefore, be discharged.

/ / /

/ / /

1         On December 4, 2006, plaintiff also filed a motion for leave to file a separate statement of facts in support of her dispositive motion. Good cause appearing therefor, this request will be granted.

        Accordingly, IT IS HEREBY ORDERED that:

    1.     The court's November 20, 2006, order to show cause is discharged;

    2.     Plaintiff's motion for leave to file a separate statement of facts is granted; and

    3.     The Clerk of the Court is directed to detach the statement of facts, included as an exhibit to plaintiff's December 4, 2006, motion, and file it separately as of December 4, 2006.

DATED: December 5, 2006.

                                                                                        **CRAIG M. KELLISON**
                                                                                        UNITED STATES MAGISTRATE JUDGE