1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   PATRICIA A. SCHRAGE,                    No. CIV S-06-0579-CMK

12              Plaintiff,

13        vs.                                <u>ORDER TO SHOW CAUSE</u>

14   JO ANNE B. BARNHART,
     Commissioner of Social Security,
15
                Defendant.
16
     _____/
17

18              Plaintiff, who is proceeding with retained counsel, brings this action for judicial

19   review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  A

20   review of the docket reflects that defendant has notified the court regarding consent to proceed

21   before a Magistrate Judge.  Plaintiff, however, has not notified the court regarding consent.

22   Pursuant to the court's scheduling order and Eastern District of California Local Rules,

23   Appendix A, the time to do so has now expired.

24              Plaintiff will be required to show cause regarding her failure to comply.  <u>Plaintiff</u>

25   <u>is advised that the submission of proper notification regarding consent will be considered an</u>

26   <u>adequate response to this order to show cause.</u>  Plaintiff will be forwarded a copy of the court's

                                               1

form regarding consent.  Finally, plaintiff is warned that failure to comply with this order may
result in the dismissal of this action.  <u>See</u> Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1.      Plaintiff shall show cause in writing, within 20 days from the date of
service of this order, why this action should not be dismissed for lack of prosecution and failure
to comply with court rules and orders; and

2.      The Clerk of the Court is directed to serve on plaintiff a copy of the
court's form entitled "Consent to Assignment or Request for Reassignment."

DATED:   January 3, 2007.


CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

2