# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A. SCHRAGE, | No. CIV S-06-0579-CMK |
|     Plaintiff, | |
|   vs. | ORDER |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
|     Defendant. | |
|                                     / | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On January 4, 2007, the court directed plaintiff to show cause in writing why this action should not be dismissed for plaintiff's failure to notify the court regarding consent to proceed before a Magistrate Judge. Plaintiff was instructed that the filing of a notification regarding consent would constitute an adequate response to the order to show cause. On January 22, 2007, plaintiff filed a notification regarding consent. The order to show cause will, therefore, be discharged.

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that the court's January 4, 2007, order to show cause is discharged.

DATED: February 28, 2007.

　　　　　　　　　　　　　　　　　　 /s/ Craig M. Kellison
　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE